Robin WALKER *v.* STATE of Arkansas

RC 88-39                                        759 S.W.2d 791

Supreme Court of Arkansas
Opinion delivered September 12, 1988

*Beverly C. Claunch,* for appellant.

No response.

PER CURIAM Appellant, Robin Walker, by his attorney, Beverly C. Claunch, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to her miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, *In Re: Belated Appeals In Criminal Cases,* 265 Ark. 964; *Terry* v. *State,* 272 Ark. 243, 613 S.W.2d 90 (1981). A copy of this opinion will be forwarded to the Committee on Professional Conduct.